**Order filed May 10, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00509-CR

_____

**RAFAEL ALEXANDER AVELLANEDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1389517**

---

## ORDER

On August 18, 2015, this Court ordered the trial court to make written findings of fact and conclusions of law as to whether appellant's statement was made voluntarily, as required by Article 38.22, section 6 of the Texas Code of Criminal Procedure. Tex. Code Crim. Proc. art. 38.22 § 6. On September 17, 2015, a supplemental clerk's record was filed in response to our order. The supplemental

clerk's record did not, however, contain findings of fact and conclusions of law signed by the trial court.

Accordingly, the trial court is directed to reduce to writing and sign its findings of fact and conclusions of law on the voluntariness of appellant's statement, if they have not already been signed, and have a supplemental clerk's record containing those signed findings of fact and conclusions of law filed with the clerk of this Court on or before **June 1, 2016.**

It is so ORDERED.


PER CURIAM